Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−20302−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Roslyn Lee Meredith
   1608 Heck Ave
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−9067

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 2, 2021.

Dated: March 2, 2021
JAN: dmi

                                             Jeanne Naughton
                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Roslyn Lee Meredith  
    Debtor

Case No. 20-20302-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Mar 02, 2021      Form ID: plncf13      Total Noticed: 44

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roslyn Lee Meredith, 1608 Heck Ave, Neptune, NJ 07753-4722 |
| 518948140 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 518948139 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 518948142 | + | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518948141 | + | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518948150 | | Firstpoint Coll Reso, Consumer Contact Center, Roanoke, VA 24018 |
| 518948151 | + | Global Payments, Attn: Bankruptcy, PO Box 66118, Chicago, IL 60666-0097 |
| 519014717 | + | Global Payments Check Services, LLC, PO Box 480357, Niles, IL 60714-0357 |
| 518948154 | + | Guardian Protection, 174 Thorn Hill Road, Warrendale, PA 15086-7528 |
| 518994573 | + | Jersey Central Power & Light, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 519001887 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 519001888 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 518948156 | + | Monarch Recovery Management, Inc, 3260 Tillman Drive, Suite 75, Bensalem, PA 19020-2059 |
| 518948159 | + | Phelan Hallinan & Diamond & Jones, Pc., 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 519046474 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 518948163 | + | Shellpoint Mortgage Servicing, 55 Beattie Place, Greenville, SC 29601-2165 |
| 518948162 | + | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 518948165 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518948142 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:41:08 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518948141 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:39:33 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518948143 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 02 2021 21:40:08 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518948144 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 02 2021 21:39:22 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518948146 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Mar 02 2021 21:39:25 | Exeter Finance LLC, Po Box 166097, Irving, TX 75016-6097 |
| 518948145 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 02 2021 21:39:25 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 518948147 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 02 2021 20:35:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 518948148 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 02 2021 20:35:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518948149 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Mar 02 2021 20:35:00 | Firstpoint Coll Reso, Attn: Bankruptcy, Po Box 26140, Greensboro, NC 27402-6140 |
| 518948152 | | Email/Text: Check.bksupport@globalpay.com | Mar 02 2021 20:33:00 | Global Payments, Po Box 59371, Chicago, IL 60659 |
| 518948153 | | Email/Text: Check.bksupport@globalpay.com | Mar 02 2021 20:33:00 | Global Payments Check Services, Inc, Attn: Consumer Services, PO Box 661038, Chicago, IL 60666-1038 |
| 518948155 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2021 20:34:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519016894 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2021 21:39:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518948157 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 02 2021 20:35:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518964759 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 02 2021 20:35:00 | Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1922 |
| 518948158 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 02 2021 20:35:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518977920 | + | Email/Text: csc.bankruptcy@amwater.com | Mar 02 2021 20:36:00 | New Jersey American Water, PO Box 578, Alton, IL 62002-0578 |
| 519081211 | | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2021 20:35:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519014072 | | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2021 20:35:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 519081212 | + | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2021 20:35:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 518999177 | | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2021 20:35:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518948161 | + | Email/Text: bankruptcydept@ncsecu.org | Mar 02 2021 20:35:00 | SECU, 900 Wade Avenue/Personal Lines, Raleigh, NC 27605-1156 |
| 518948160 | + | Email/Text: bankruptcydept@ncsecu.org | Mar 02 2021 20:35:00 | SECU, Attn: Bankruptcy, Po Box 25279, Raleigh, NC 27611-5279 |
| 518948164 | + | Email/Text: bankruptcydept@ncsecu.org | Mar 02 2021 20:35:00 | State Employees Credit Union, Attn: Bankruptcy, Po Box 25279, Raleigh, NC 27611-5279 |
| 518949329 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:39:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519008738 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 02 2021 21:39:31 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 02, 2021 | Form ID: plncf13 | Total Noticed: 44 |

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Roslyn Lee Meredith courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 4