UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: NewRez LLC d/b/a Shellpoint Mortgage Servicing

Order Filed on April 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:  20-20302 MBK

Chapter: 13

Judge: Michael B. Kaplan

In Re:

Roslyn Lee Meredith,

    DEBTOR.

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 29, 2021**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:   Roslyn Lee Meredith
Case No.:   20-20302 MBK
Caption:   **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing, holder of a mortgage on real property known as 1608 Heck Avenue, Neptune, NJ, 07753, with the consent of William H. Oliver, Esq., counsel for the Debtor, Roslyn Lee Meredith,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall file a proof of claim within thirty (30) days of the date the parties execute this order; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves her right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:     Dated:   4/21/2021

*/s/ Denise Carlon, Esq.*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:     Dated:   4/16/2021

*/s/ William H. Oliver, Esq.*
WILLIAM H. OLIVER, ESQ., ATTORNEY FOR DEBTOR