Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−20302−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Roslyn Lee Meredith
  1608 Heck Ave
  Neptune, NJ 07753

Social Security No.:
  xxx−xx−9067

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/13/22 at 09:00 AM

to consider and act upon the following:

*41* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 3/18/2022. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 3/17/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court