Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−20302−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Roslyn Lee Meredith
    1608 Heck Ave
    Neptune, NJ 07753

Social Security No.:
    xxx−xx−9067

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/13/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 13, 2023
JAN: rms

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Roslyn Lee Meredith  
    Debtor

Case No. 20-20302-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Apr 13, 2023      Form ID: 148      Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roslyn Lee Meredith, 1608 Heck Ave, Neptune, NJ 07753-4722 |
| cr | | Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed, c/o Gregory Funding LLC, P.O. Box 230579, Tigard, OR 97281-0579 |
| 519494113 | | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 519494114 | + | Barclays Mortgage Trust 2021-NPL1, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334, Barclays Mortgage Trust 2021-NPL1 c/o Gregory Funding LLC 90074-2334 |
| 518948150 | | Firstpoint Coll Reso, Consumer Contact Center, Roanoke, VA 24018 |
| 518948151 | + | Global Payments, Attn: Bankruptcy, PO Box 66118, Chicago, IL 60666-0097 |
| 518948154 | + | Guardian Protection, 174 Thorn Hill Road, Warrendale, PA 15086-7528 |
| 518994573 | + | Jersey Central Power & Light, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 518948159 | + | Phelan Hallinan & Diamond & Jones, Pc., 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 519046474 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 518948165 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 13 2023 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 13 2023 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ellie.bulin@gregoryfunding.com | Apr 13 2023 20:56:00 | Barclays Mortgage Trust 2021-NPL1, Mortgage-Backed, c/o Gregory Funding LLC, P.O. Box 230579, Tigard, OR 97281-0579 |
| 518948140 | | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 13 2023 20:56:00 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 518948139 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Apr 13 2023 20:56:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 518948142 | + | EDI: CITICORP.COM | Apr 14 2023 00:42:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518948141 | + | EDI: CITICORP.COM | Apr 14 2023 00:42:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518948143 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 13 2023 20:55:36 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518948144 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 13 2023 20:55:18 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518948146 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Apr 13 2023 20:55:41 | Exeter Finance LLC, Po Box 166097, Irving, TX 75016-6097 |
| 519150113 | + | EDI: AISACG.COM | Apr 14 2023 00:42:00 | Exeter Finance LLC, AIS Portfolio Services, LP, |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518948145 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Apr 13 2023 20:55:21 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 518948148 | + | EDI: BLUESTEM | Apr 14 2023 00:43:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518948149 | + | Email/Text: bankruptcy@firstpointcollectionresources.com | Apr 13 2023 20:57:00 | Firstpoint Coll Reso, Attn: Bankruptcy, Po Box 26140, Greensboro, NC 27402-6140 |
| 518948152 | | Email/Text: Check.bksupport@globalpay.com | Apr 13 2023 20:55:00 | Global Payments, Po Box 59371, Chicago, IL 60659 |
| 518948153 | | Email/Text: Check.bksupport@globalpay.com | Apr 13 2023 20:55:00 | Global Payments Check Services, Inc, Attn: Consumer Services, PO Box 661038, Chicago, IL 60666-1038 |
| 519014717 | + | Email/Text: Check.bksupport@globalpay.com | Apr 13 2023 20:55:00 | Global Payments Check Services, LLC, PO Box 480357, Niles, IL 60714-0357 |
| 518948155 | | EDI: IRS.COM | Apr 14 2023 00:42:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518948147 | | EDI: BLUESTEM | Apr 14 2023 00:43:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 518994573 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 13 2023 20:56:00 | Jersey Central Power & Light, 101 Crawford's Corner Rd, Bldg #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 519001887 | | Email/Text: legaldivision@kheaa.com | Apr 13 2023 20:56:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 519001888 | | Email/Text: legaldivision@kheaa.com | Apr 13 2023 20:56:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 519016894 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2023 20:55:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518948156 | | Email/Text: compliance@monarchrm.com | Apr 13 2023 20:56:00 | Monarch Recovery Management, Inc, 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 518948157 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 13 2023 20:56:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518964759 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 13 2023 20:56:00 | Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1922 |
| 518948158 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 13 2023 20:56:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 518977920 | + | Email/Text: csc.bankruptcy@amwater.com | Apr 13 2023 20:57:00 | New Jersey American Water, PO Box 578, Alton, IL 62002-0578 |
| 519190340 | | Email/Text: mtgbk@shellpointmtg.com | Apr 13 2023 20:56:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 519081211 | | EDI: Q3G.COM | Apr 14 2023 00:42:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519014072 | | EDI: Q3G.COM | Apr 14 2023 00:42:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 519081212 | + | EDI: Q3G.COM | Apr 14 2023 00:42:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 518999177 | | EDI: Q3G.COM | Apr 14 2023 00:42:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518948161 | + | Email/Text: bankruptcydept@ncsecu.org | | |

| | | | | |
|---|---|---|---|---|
| | | | Apr 13 2023 20:57:00 | SECU, 900 Wade Avenue/Personal Lines, Raleigh, NC 27605-1156 |
| 518948160 | + | Email/Text: bankruptcydept@ncsecu.org | Apr 13 2023 20:57:00 | SECU, Attn: Bankruptcy, Po Box 25279, Raleigh, NC 27611-5279 |
| 518948163 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 13 2023 20:56:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Greenville, SC 29601-2165 |
| 518948162 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 13 2023 20:56:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 518948164 | + | Email/Text: bankruptcydept@ncsecu.org | Apr 13 2023 20:57:00 | State Employees Credit Union, Attn: Bankruptcy, Po Box 25279, Raleigh, NC 27611-5279 |
| 518949329 | + | EDI: RMSC.COM | Apr 14 2023 00:42:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519008738 | + | EDI: AIS.COM | Apr 14 2023 00:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 15, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Roslyn Lee Meredith courtdocs@oliverandlegg.com |
| Robert P. Saltzman | on behalf of Creditor Barclays Mortgage Trust 2021-NPL1 Mortgage-Backed Securities, Series 2021-NPL1, by U.S. Bank National Association, as Indenture Trustee dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |